## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bang Bang Merchandise LLP v. The Partnerships et al    Case Number: 26-cv-4025

An appearance is hereby filed by the undersigned as attorney for:

Bang Bang Merchandise LLP (Plaintiff)

Attorney name (type or print): Sofia Quezada Hastings

Firm: Aronberg Goldgehn Davis & Garmisa

Street address: 225. Washington St, Suite 2800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6336599
(See item 3 in instructions)

Telephone Number: 312-755-3139

Email Address: shastings@agdglaw.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 10, 2026

Attorney signature:    S/ Sofia Quezada Hastings

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015