**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Bang Bang Merchandise LLP

                                                            Plaintiff,

v.                                                                          Case No.:
                                                                            1:26–cv–04025
                                                                            Honorable Robert W.
                                                                            Gettleman

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

                                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Sunday, April 19, 2026:


     MINUTE entry before the Honorable Robert W. Gettleman: The plaintiff has made a prima facie showing to allow joinder of the defendants at this stage of the litigation. But plaintiff's memorandum [8] fails to demonstrate that this court has personal jurisdiction over each defendant, as required in the court's standing order on Schedule A cases. The court thus directs plaintiff to file a memorandum not to exceed 5 pages that demonstrates that this court has personal jurisdiction over each defendant. See Liu v. Monthly, No. 25–2074, __ F.4th __, 2026 WL 880018, at *2–3 (7th Cir. Mar. 31, 2026) (explaining that "[i]n the context of Schedule A litigation, a defendant's operation of an online store accessible in the forum state, combined with completed sales in the forum state, has been found sufficient to subject that defendant to personal jurisdiction," but that "merely operating a website, even a highly interactive website, that is accessible from, but does not target, the forum state is not enough to sustain jurisdiction," and holding that "the district court clearly erred in finding that sales took place in Illinois, and therefore legally erred in finding that it had personal jurisdiction over the [Schedule A] defendants" (internal quotation and citation omitted))." Emailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.