# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Bang Bang Merchandise LLP

                                        Plaintiff,

v.                                                      Case No.: 1:26–cv–04025

                                                        Honorable Robert W.
                                                        Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's *Ex Parte* Motion To Extend The Temporary Restraining Order [18] is granted. The TRO entered on 5/1/2026 [14] is hereby extended to 5/29/2026. This motion and order have been reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.