



*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

**APPEARANCE FORM FOR PRO SE LITIGANTS**

**Case Title:** 1:26-cv-04025 Bang Bang Merchandise LLP v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**Case Number:** 1:26-cv-04025

**An appearance is hereby filed by the undersigned as a pro se litigant.**

**Name:** Gokul (Owner, JAI SHREE RAM) **(Defendant No. 90)**
**Street Address:** 359 Gate No. 2, Vivekanandhar Street Bharathinagar
**City/State/Zip:** Salem 636010 Tamil Nadu, INDIA
**Phone Number:** +91 8608787191
**Email Address:** gokulr358@hotmail.com

**I hereby acknowledge that I am filing this appearance on my own behalf and without the assistance of an attorney licensed to practice in this Court.**

**/s/ Gokul R**

**Signature:**

**Date:** May 18, 2026