

GMC

FILED

5/19/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

BANG BANG MERCHANDISE LLP,    Case No. 1:26-cv-4025

Plaintiff,    Judge Robert W. Gettleman

v.

lileinvzhuang

Defendants.

MOTION TO DISMISS FOR MISJOINDER OF PARTIES

(Pro Se Defendant [ lileinvzhuang ]    )


## 1. INTRODUCTION

Defendant moves to dismiss this action pursuant to Federal Rules of Civil Procedure ( "FRCP" ) 12(b)(6) and 20(a)(2), on the ground of improper joinder of defendants (misjoinder).


## 2. FACTS

- This case joins dozens/hundreds of unrelated sellers listed on Schedule A as defendants.

- Defendant has NO business relationship, agreement, or coordination with any other defendant.

- All defendants operate independent stores, independent supply chains, and have no common course of conduct.

- Plaintiff alleges only that all defendants "sold similar products" on an online marketplace, which does not satisfy FRCP 20.

## 3. LEGAL ARGUMENT

FRCP 20(a)(2) requires that joined defendants arise out of the SAME TRANSACTION OR OCCURRENCE or series of transactions/occurrences, and share a common question of law or fact.

"Selling similar products on the same platform" is NOT sufficient for joinder.

The Northern District of Illinois has repeatedly dismissed mass joinder TRO cases as abusive and improper under FRCP 20.

## 4. RELIEF REQUESTED

Defendant requests:

- Dismissal of all claims against Defendant with prejudice;

- Alternatively, severance of Defendant from this case;

- Immediate release of all funds/accounts frozen by the TRO.

Dated: May 20, 2026

Respectfully submitted,

_____

Luo Ying

Pro Se Defendant

Store Name:lileinvzhuang

Email:1074717762@qq.com

Phone:+86 15727648631