# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BANG BANG MERCHANDISE LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-4025<br><br>Judge Robert W. Gettleman |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS

Plaintiff Bang Bang Merchandise LLP ("Plaintiff") move this Honorable Court to strike Defendant 62. lileinvzhuang ("Defendant")'s Motion to Dismiss (the "Motion") [22], or in the alternative, to compel Defendant to obtain U.S. counsel. The Response was file pro se by Luo Ying, an individual who purports to be the operator of Defendant 62. lileinvzhuang. Dkt 22. However, Defendant's online marketplace, hosted by Shein, shows that Defendant is a registered business entity with a name different than Luo Ying and a registered "business address."



Based on the above Shein seller details, Defendant is a business entity. Further, Shein requires sellers to operate under a distinct, legal entity, and does not allow individuals to create storefronts.[1] Therefore, Defendant is "not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court." *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008) (citations omitted). Even if "Luo Ying" is the owner, operator, or authorized representative of this entity, Defendant still needs to be represented by counsel licensed to practice before this Court. *United States v. Certain RealProperty*, 381 F. Supp. 3d 1007, 1009 (E.D. Wisc. 2018) (granting motion to strike claim filed by an authorized representative of a corporation because it is not a proper pleading filed by an attorney of record for a party); *E.L.O. Corporation v. The P'ships, et al.*, 25-cv-12337 (N.D. Ill. Feb. 3, 2026) (Gettleman, R.) (Docket No. 84) (denying motion filed by pro se defendant because "Business entities, such as corporations, LLCs, and partnerships may not litigate pro se"). Accordingly, Plaintiff respectfully requests that this Court strike Defendant's Motion [22] or in the alternative, compel Defendant to obtain U.S. counsel, because this entity is not properly represented by an attorney of record. Permitting an organized business entity to proceed as a pro se defendant without the assistance of counsel burdens the Court and would prejudice Plaintiff.

Dated: May 22, 2026

Respectfully submitted,

/s/ *Sofia Quezada Hastings*

**One of the Attorneys for Plaintiff, Bang Bang Merchandise LLP**

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com

---

[1] https://articles.seller-us.shein.com/seller-registration-guide

2