**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BANG BANG MERCHANDISE LLP, <br><br><br>Plaintiff, <br>v. <br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br>Defendants. | Case No. 1:26-cv-4025 <br><br>Judge Robert W. Gettleman |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Bang Bang Merchandise LLP ("BBM") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS BBM's Motion in part as follows.

This Court finds BBM has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 1, 2026 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, BBM has provided a basis to

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of BBM's federally registered trademarks (the "BBM Trademarks") to residents of Illinois. In this case, BBM has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the BBM Trademarks. *See* Docket No. [11], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the BBM Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of BBM's previously granted Motion for Entry of a TRO establishes that BBM has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that BBM will suffer irreparable harm if the injunction is not granted.

Specifically, BBM has proved a *prima facie* case of trademark infringement because (1) the BBM Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the BBM Trademarks, and (3) Defendants' use of the BBM Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with BBM. Furthermore, Defendants' continued and unauthorized use of the BBM Trademarks irreparably

harms BBM through diminished goodwill and brand confidence, damage to BBM's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, BBM has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the BBM Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BBM product or not authorized by BBM to be sold in connection with the BBM Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BBM product or any other product produced by BBM, that is not BBM's or not produced under the authorization, control, or supervision of BBM and approved by BBM for sale under the BBM Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of BBM, or are sponsored by, approved by, or otherwise connected with BBM; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BBM, nor authorized by BBM to

3

be sold or offered for sale, and which bear any of BBM's trademarks, including the BBM Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon BBM's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to BBM expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon BBM's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the BBM Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. BBM may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibits to the Declaration of Stewart Miller and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Schedule A [2], Exhibits to the Declaration of Stewart Miller [11], and the TRO [15] are unsealed.

9.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10.     The $10,000 bond posted by BBM shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Virginia M. Kendall
United States District Judge

Dated: May 29, 2026

7

**Schedule A**

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 1 | DILDGN | https://www.amazon.com/sp?ie=UTF 8&seller=A3TQEC33REBKL4 |
| 2 | Export Inn | https://www.amazon.com/sp?ie=UTF 8&seller=A2D3LA0JVO5BI0 |
| 3 | GeLaSiWangLuoKeJiYangPuYouXianGo ngSi | https://www.amazon.com/sp?ie=UTF 8&seller=A1JMLLT2SWYXPG |
| 4 | Sapanmex | https://www.amazon.com/sp?ie=UTF 8&seller=A1Q4U12RNBTF7B |
| 5 | Scaleupmedia USA | https://www.amazon.com/sp?ie=UTF 8&seller=A160KBRNLA3R5M |
| 6 | Tfsafing | https://www.amazon.com/sp?ie=UTF 8&seller=A1EAIMKLMBJX2A |
| 7 | Toobixa | https://www.amazon.com/sp?ie=UTF 8&seller=A1UL3K7P6Y7WE8 |
| 8 | ZYC US | https://www.amazon.com/sp?ie=UTF 8&seller=A32VC570YKAZXA |
| 9 | demetrio80 | https://www.dhgate.com/store/222 78464 |
| 10 | eisirim | https://www.dhgate.com/store/220 02432 |
| 11 | guizhou100 | https://www.dhgate.com/store/222 88931 |
| 12 | huafei04 | https://www.dhgate.com/store/top -selling/21345953.html |
| 13 | jasminea | https://www.dhgate.com/store/219 29380 |
| 14 | lucien588 | https://www.dhgate.com/store/top -selling/22246848.html |
| 15 | moliny | https://www.dhgate.com/store/219 46942 |
| 16 | sumaty | https://www.dhgate.com/store/219 46955 |
| 17 | viphsh222 | https://www.dhgate.com/store/top -selling/22002025.html |
| 18 | xianqig | https://www.dhgate.com/store/top -selling/21946337.html |
| 19 | zhanglihong68 | https://www.dhgate.com/store/top -selling/22041045.html |
| 20 | zhangting258 | https://www.dhgate.com/store/top -selling/22031862.html |
| 21 | aneurin19 | https://www.ebay.com/str/happybo utiqueus |
| 22 | kalkat.ap16 | https://www.ebay.com/str/printse ll |

8

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 23 | printcessandpress | https://www.ebay.com/str/printcessandpress |
| 24 | roryenneo | https://www.ebay.com/usr/roryenneo |
| 25 | walimunimmen0 | https://www.ebay.com/usr/walimunimmen0 |
| 26 | Black and White T Shop | https://www.blackandwhitetshop.com/ |
| 27 | EMMAXTEE | https://emmaxtee.com/ |
| 28 | hihoboken | https://hihoboken.com |
| 29 | hypeelab | https://www.hypeelab.com |
| 30 | Kapotan | https://kapotan.com |
| 31 | outlettrends | https://outlettrends.com/ |
| 32 | Plangraphics | https://plangraphics.com |
| 33 | Prostargift | https://prostargift.com/ |
| 34 | Rssc Sports | https://rsscsports.com |
| 35 | Seizeshirt.com | https://seizeshirt.com/ |
| 36 | Storepa | https://storepa.com/ |
| 37 | teesover | https://teesover.com |
| 38 | The Shirt Dealer | https://theshirtdealer.com |
| 39 | Wearanddecor | https://wearanddecor.com |
| 40 | asvghg gf | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=186636380&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dasvghg%20gf%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7454460011&src_module=DetailBrand&src_tab_page_id=page_goods_detail1767701610812&store_code=7454460011&tab=items |
| 41 | ChicHaven Studio | https://us.shein.com/store/home?store_code=7426134584&ici=PageGoodsDetail&main_cate_id=8872&main_goods_id=216351693&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DChicHaven%20Studio%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7426134584&src_module=DetailBrand&src_tab_page_id=page_goods_detail1768396411673&tab=home |
| 42 | Clothing World | https://us.shein.com/store/home?store_code=3D9206230713 |

| DOE No. | Defendants | Seller URL |
|---------|-----------|-----------|
| 43 | DaffodilDale0.3. | https://us.shein.com/store/home?store_code=4904603530 |
| 44 | DDFG B NMNJ | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8872&main_goods_id=263401228&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DDDFG%20B%20NMNJ%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9402526862&src_module=DetailBrand&src_tab_page_id=page_goods_detail1769011598064&store_code=9402526862&tab=items |
| 45 | Deliberto | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=213564642&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DDeliberto%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4065743494&src_module=DetailBrand&src_tab_page_id=page_goods_detail1767875212537&store_code=4065743494&tab=items |
| 46 | DFFGV VFGGHH | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8872&main_goods_id=281004129&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DDFFGV%20VFGGHH%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7145121811&src_module=DetailBrand&src_tab_page_id=page_goods_detail1768396195079&store_code=7145121811&tab=items |
| 47 | dfgesr | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=142914780&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Ddfgesr%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3720927694&src_module=DetailBrand&src_tab_page_id=page_goods_detail1760088627426&store_code=3720927694&tab=items |

10

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 48 | dhffgfgkh | https://us.shein.com/store/home?store_code=3651784633 |
| 49 | Drip Depot | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=186472597&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DDrip%20Depot%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_8379685766&src_module=DetailBrand&src_tab_page_id=page_goods_detail1766493539828&store_code=8379685766&tab=items |
| 50 | dsgfasdghdygh | https://us.shein.com/store/home?store_code=3133120115 |
| 51 | eyedcwqf | https://us.shein.com/store/home?store_code=8958955789 |
| 52 | Geree fore | https://us.shein.com/store/home?store_code=1490144410 |
| 53 | gfhghjmkfxvgnc | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=416061464&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dgfhghjmkfxvgnc%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3955159888&src_module=DetailBrand&src_tab_page_id=page_goods_detail1773143356170&store_code=3955159888&tab=items |
| 54 | hjkahyga2 | https://us.shein.com/store/home?store_code=3569959160 |
| 55 | HMVZD | https://us.shein.com/store/home?store_code=2945004225 |
| 56 | HongDaSHOP | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=301203095&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DHongDaSHOP%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1529528645&src_module=DetailBrand&src_tab_page_id=page_goods_detail1769011263972&store_code=1529528645&tab=items |

11

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 57 | HUDON | https://us.shein.com/store/home?store_code=9119733585 |
| 58 | hyfvhgyj | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=285149413&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dhyfvhgyj%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_8265652781&src_module=DetailBrand&src_tab_page_id=page_goods_detail1769011028891&store_code=8265652781&tab=items |
| 59 | jvafgt | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8872&main_goods_id=182096654&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Djvafgt%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5340727152&src_module=DetailBrand&src_tab_page_id=page_goods_detail1768397150091&store_code=5340727152&tab=items |
| 60 | lifendedian | https://us.shein.com/store/home?store_code=5084020745 |
| 61 | likuinvzhuang | https://us.shein.com/store/home?store_code=2562174177 |
| 62 | lileinvzhuang | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=112036036&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dlileinvzhuang%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6924855377&src_module=DetailBrand&src_tab_page_id=page_goods_detail1765966661066&store_code=6924855377&tab=items |
| 63 | Littlekin | https://us.shein.com/store/home?dont_use_suggest_word=1&ici=s1%60undefined%60Arctic%20Monkeys%60_fb%60d0%60page_store&keywords=Arctic%20Monkeys&main_cate_id=2449&main_goods_id=354641120&page=1&page_from=PageGoodsDetail&result_type=2&routeId=1025270629&rule_poskey=DetailShopItemList&searc |

12

| DOE No. | Defendants | Seller URL |
|---------|-----------|-----------|
|  |  | h_type=store&src_identifier=st%3 D2%60sc%3DArctic%20Monkeys%60sr% 3D0%60ps%3D1&src_identifier_pre_ search=on%3Dstore%60cn%3DLittlek in%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_9557282092&src _module=store_search&src_tab_pag e_id=page_store1773143227515&sto re_code=9557282092&tab=items&typ e=search&url_from=page_store |
| 64 | liujinlingdedianpu | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =5121&main_goods_id=377997627&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dliujinli ngdedianpu%60hz%3D0%60ps%3D1_1%6 0jc%3DthirdPartyStoreHome_243870 0834&src_module=DetailBrand&src_ tab_page_id=page_goods_detail176 9011885605&store_code=2438700834 &tab=items |
| 65 | liuxiangdedian | https://us.shein.com/store/home? store_code=1651017528 |
| 66 | liweeidedian | https://us.shein.com/store/home? store_code=5542702801 |
| 67 | lixiayandedianpu | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1773&main_goods_id=344076842&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dlixiayan dedianpu%60hz%3D0%60ps%3D1_1%60j c%3DthirdPartyStoreHome_47322018 96&src_module=DetailBrand&src_ta b_page_id=page_goods_detail17731 53690341&store_code=4732201896&t ab=items |
| 68 | luyuelongdedianpu | https://us.shein.com/store/home? store_code=3296700149 |
| 69 | MajorChord343. | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =8872&main_goods_id=213198018&ru le_poskey=DetailShopItemList&src _identifier=on%3Dstore%60cn%3DMa jorChord343.%60hz%3D0%60ps%3D1_1 %60jc%3DthirdPartyStoreHome_5604 197124 |

13

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 70 | MinorKey34322 | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8872&main_goods_id=260732359&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DMinorKey34322%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4529858800&src_module=DetailBrand&src_tab_page_id=page_goods_detail1768396269779&store_code=4529858800&tab=items |
| 71 | Ningbo Yanming Freight Transport Co. Ltd. | https://us.shein.com/store/home?store_code=2394166972 |
| 72 | OCEANIC ECOMMERCE CENTER | https://us.shein.com/store/home?store_code=1327153938 |
| 73 | REKUDHG | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=12617&main_goods_id=378171541&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DREKUDHG%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7458484341&src_module=DetailBrand&src_tab_page_id=page_goods_detail1769011726830&store_code=7458484341&tab=items |
| 74 | rgdsgds | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=107026712&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Drgdsgds%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6414307887&src_module=DetailBrand&src_tab_page_id=page_goods_detail1763545077416&store_code=6414307887&tab=items |
| 75 | rgtdsfgdxhg | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=284186908&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Drgtdsfgdxhg%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3325502677&src_module=DetailBrand&src_tab_page_id=page_goods_detail1769011365 |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | 911&store_code=3325502677&tab=items |
| 76 | rtyedyh | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=294063535&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Drtyedyh%60hz%3D0%60ps%3D1_1%60jc%3Dthird PartyStoreHome_6223377851&src_mo dule=DetailBrand&src_tab_page_id=page_goods_detail1769011895485&store_code=6223377851&tab=items |
| 77 | SDUT | https://us.shein.com/store/home?dont_use_suggest_word=1&ici=s1%60RecentSearch%60arctic%60_fb%60d0%60page_store&keywords=arctic&main_cate_id=1738&main_goods_id=108987732&page=1&page_from=PageGoodsDetail&result_type=5&routeId=1023202955&rule_poskey=DetailShopItemList&search_type=store&src_identifier=st%3D5%60sc%3Darctic%60sr%3D0%60ps%3D1&src_identifier_pre_search=on%3Dstore%60cn%3DSDUT%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6148697460&src_module=store_search&src_tab_page_id=page_store1766492868974&store_code=6148697460&tab=items&type=search&url_from=page_store |
| 78 | SFHBD | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=142913022&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DSFHBD%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6322443668&src_module=DetailBrand&src_tab_page_id=page_goods_detail1760088490965&store_code=6322443668&tab=items |
| 79 | URTENSA | https://us.shein.com/store/home?store_code=7867443336&ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=184126156&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DURTENSA%60hz%3D0%6 |

15

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | 0ps%3D1_1%60jc%3DthirdPartyStore Home_7867443336&src_module=Detai lBrand&src_tab_page_id=page_good s_detail1768392387610&tab=home |
| 80 | Vexel Lab | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1773&main_goods_id=364723101&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DVexel%20 Lab%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_9555941789&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1768397055 687&store_code=9555941789&tab=it ems |
| 81 | wcfwerg | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=407175588&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dwcfwerg% 60hz%3D0%60ps%3D1_1%60jc%3Dthird PartyStoreHome_6647127350&src_mo dule=DetailBrand&src_tab_page_id =page_goods_detail1773143984972& store_code=6647127350&tab=items |
| 82 | WheatWish 4 | https://us.shein.com/store/home? store_code=9295899133&ici=PageGo odsDetail&main_cate_id=1980&main _goods_id=145304179 |
| 83 | XkUm9t8K3JVp8Fm | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =5121&main_goods_id=404720084&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DXkUm9t8K 3JVp8Fm%60hz%3D0%60ps%3D1_1%60jc %3DthirdPartyStoreHome_292404311 9&src_module=DetailBrand&src_tab _page_id=page_goods_detail177314 3677405&store_code=2924043119&ta b=items |
| 84 | XVCG FGH | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1980&main_goods_id=186609287&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DXVCG%20F |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | GH%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9119962576&src_module=DetailBrand&src_tab_page_id=page_goods_detail1766493328293&store_code=9119962576&tab=items |
| 85 | yaoshidong0203 | https://us.shein.com/store/home?store_code=1531437978 |
| 86 | YMFHHG | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=186816072&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DYMFHHG%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5499150483&src_module=DetailBrand&src_tab_page_id=page_goods_detail1765966463309&store_code=5499150483&tab=items |
| 87 | zxibmaoax | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=2186&main_goods_id=290769067&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dzxibmaoax%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1056735187&src_module=DetailBrand&src_tab_page_id=page_goods_detail1768397244798&store_code=1056735187&tab=items |
| 88 | Chanmei Sportswear | https://www.walmart.com/global/seller/102754784 |
| 89 | GuiXianSHOP | https://www.walmart.com/global/seller/102828476 |
| 90 | JAI SREE RAM | https://www.walmart.com/global/seller/102826301 |
| 91 | shiwfa | https://www.walmart.com/global/seller/103035617 |
| 92 | Vogue Vista | https://www.walmart.com/global/seller/102529409 |

4873-5290-6384, v. 1

17