**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Bang Bang Merchandise LLP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　Defendants. | Case No. 26-cv-4025 |

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Bang Bang Merchandise LLP ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 8 | ZYC US |
| 34 | Rssc Sports |
| 38 | The Shirt Dealer |

Dated: Friday, June 12, 2026

Respectfully submitted,

/s/ Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800

Chicago, IL 60606
shastings@agdglaw.com