


FILED
6/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

| | |
|---|---|
| **BANG BANG MERCHANDISE LLP**<br>Plaintiff,<br>Vs.<br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br>Defendants. | **Case No.: 1:26-cv- 04025**<br>**Judge:** Hon. Judge Robert W. Gettleman |

## DEFENDANT'S MOTION FOR A COURT ORDER AUTHORIZING DIRECT DEBIT OF SETTLEMENT FUNDS FROM RESTRAINED WALMART ACCOUNT

**DEFENDANT'S MOTION FOR A COURT ORDER AUTHORIZING DIRECT DEBIT OF SETTLEMENT FUNDS FROM RESTRAINED WALMART ACCOUNT**

The Defendant, appearing pro se, respectfully moves this Honorable Court to issue an order authorizing the marketplace platform (Walmart) to directly debit the agreed-upon settlement amount from the Defendant's restrained account balance and transfer it to the Plaintiff. In support of this Motion, Defendant states as follows:

### 1. Pro Se Status and Existing Appearance

The Defendant is an individual, independent e-commerce seller appearing in this matter pro se. The Defendant's formal recognition and associated documentation have been successfully filed with this Court and are on the record as Doc. No. 21. This motion concerns the storefront JAI SREE RAM (Walmart Account No. 10002845924).

### 2. Settlement Reached but Blocked by International Banking Impossibility

The Parties have acted in good faith and successfully negotiated a final, out-of-court settlement agreement to completely resolve all claims in this lawsuit. Per the agreement, the Defendant consented to pay a total settlement sum of $1,000.00 USD to the Plaintiff.

The Plaintiff's counsel has requested that this payment be executed via an international wire transfer. However, because the Defendant is an individual operating out of India, an outward wire transfer is currently an impossibility. Due to severe, ongoing geopolitical disruptions and strict national banking compliance restrictions on outward

foreign remittances from India, the local bank has refused to process or clear the international transfer. Despite multiple attempts to comply, the Defendant cannot legally bypass these government-enforced banking blockades.

## 3. Request for Court-Ordered Direct Debit from Walmart Balance

The Defendant has no intention of defaulting on the settlement agreement and fully intends to satisfy the $1,000.00 USD obligation. To resolve this operational deadlock immediately, an alternative transactional channel must be utilized.

Sufficient business funds belonging to the Defendant are currently frozen and withheld inside the JAI SREE RAM Walmart marketplace account pursuant to this Court's Temporary Restraining Order (TRO). Because standard international banking channels are completely blocked, an internal direct ledger deduction from the frozen marketplace balance is the only viable method to successfully transfer the funds to the Plaintiff.

## 4. PRAYER FOR RELIEF

To finalize this litigation and ensure the Plaintiff is paid without further delay, the Defendant respectfully requests this Honorable Court to pass an official Court Order directing and authorizing Walmart and its legal department to:

1. Deduct the exact sum of $1,000.00 USD directly from the frozen funds of the JAI SREE RAM Walmart account (Account No. 10002845924).
2. Remit those funds directly to the Plaintiff's counsel (Aronberg Goldgehn Davis & Garmisa) via the banking instructions provided in the settlement draft or their designated account.
3. Release the remaining balance and completely dismiss the Defendant from this lawsuit with prejudice once the $1,000.00 USD deduction is finalized.

A court-ordered direct debit provides the safest, fastest, and most secure resolution to satisfy the settlement terms under these extraordinary international banking conditions.

Dated: June 23, 2026

Respectfully submitted,

/s/ GOKUL
Owner / Pro Se Defendant
JAI SHREE RAM (Defedant No. 90)
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: gokulr358@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ GOKUL

Owner / Pro Se Defendant

JAI SHREE RAM (Defendant No. 90)

359 Gate No. 2, Vivekanandhar Street

Bharathinagar, Salem 636010 INDIA

Email: gokulr358@hotmail.com

Phone: +91 8608787191