**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bang Bang Merchandise LLP

                                       Plaintiff,

v.                                              Case No.:
                                              1:26−cv−04025
                                              Honorable Robert W.
                                              Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, June 27, 2026:

        MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed pro se defendant Jai Sree Ram's motion for a Court Order authorizing direct debit of settlement funds from restrained Walmart Account [32]. The court is unable to grant defendant's motion until defendant confirms that it is either an individual or a sole proprietorshipas opposed to a business entity (like a corporation, LLC, or partnership), which may not litigate pro se. See United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008). The court thus directs defendant Jai Sree Ram to file a memorandum (not to exceed 3 pages) explaining what type of entity it is by July 9, 2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.