**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bang Bang Merchandise LLP

                                        Plaintiff,

v.

                                        Case No.:
                                        1:26−cv−04025
                                        Honorable Robert W.
                                        Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed pro se defendant Jai Sree Ram's memorandum clarifying entity status [35]. The court finds that defendant Jai Sree Ram has shown that he is natural person operating as a sole proprietorship. The court orders the following briefing schedule on defendant Jai Sree Ram's motion for a Court Order authorizing direct debit of settlement funds from restrained Walmart Account [32]: plaintiff's response due July 17; defendant Jai Sree Ram's reply due July 24. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.